# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRISTIE BUSH,

    Case No. 2:17-CV-11982

    Hon. Sean F. Cox
    Mag. Judge Mona K. Majzoub

-vs.-

UNITED CHECK RECOVERY BUREAU, INC

    Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE

THE PLAINTIFF, Christie Bush, by counsel, the O'Mara Law Firm PC, hereby gives notice pursuant Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to any party. Defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: October 03, 2017

    Respectfully Submitted,

    O'Mara Law Firm, P.C

    /s/Sean R. O'Mara
    Sean R. O'Mara (P76140)
    Attorney for Plaintiff

21929 E. Nine Mile Rd.
Saint Clair Shores, MI 48080
T. (586) 200-6404
omaralawfirmpc@gmail.com

CERTIFICATE OF SERVICE

Sean R. O'Mara, attorney for Plaintiff, affirms that he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

O'Mara Law Firm, P.C

/s/Sean R. O'Mara
Sean R. O'Mara (P76140)
Attorney for Plaintiff
21929 E. Nine Mile Rd.
Saint Clair Shores, MI 48080
T. (586) 200-6404
omaralawfirmpc@gmail.com